**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00018-LTB-PAC

TERESA BREWER,

       Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____


       THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 22 - filed April 25, 2006), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:


         s/Lewis T. Babcock
       Lewis T. Babcock, Chief Judge

DATED:  May 1, 2006

1